**No. 09-10928. Henry Clark, Petitioner v. United States Gypsum Company.**

562 U.S. 956, 131 S. Ct. 396, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7548.

October 4, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1034, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5357.